1  **BERNSTEIN LITOWITZ BERGER**
2     **& GROSSMANN LLP**
   BRETT M. MIDDLETON (Bar No. 199427)
3  12481 High Bluff Drive, Suite 300
   San Diego, California 92130
4  Tel:   (858) 793-0070
   Fax:  (858) 293-0323
5  brettm@blbglaw.com

6  *Attorneys for Plaintiff International Union*
7  *of Operating Engineers Local 478*

8  [Additional Counsel on Signature Page]

9

               UNITED STATES DISTRICT COURT
10
               NORTHERN DISTRICT OF CALIFORNIA
11
               SAN FRANCISCO DIVISION
12

| | |
|---|---|
| 13  INTERNATIONAL UNION OF<br>OPERATING ENGINEERS LOCAL 478,<br>14  Derivatively on Behalf of Nominal Defendant<br>IMPAX LABORATORIES, INC.,<br>15<br>16            Plaintiff,<br>17    vs.<br>18  LARRY HSU, G. FREDERICK<br>WILKINSON, LESLIE Z. BENET, ROBERT<br>19  L. BURR, ALLEN CHAO, NIGEL T.<br>FLEMING, MICHAEL MARKBREITER,<br>20  MICHAEL J. NESTOR, MARY K.<br>PENDERGAST, BRYAN M. REASONS,<br>21  and PETER R. TERRERI,<br>22<br>23            Defendants. | Case No.: 14-cv-04980-SC<br><br>**STIPULATION AND [PROPOSED]**<br>**RESCHEDULING ORDER**<br><br>SHAREHOLDER DERIVATIVE ACTION |

24
25
26        WHEREAS, on November 10, 2014, plaintiff International Union of Operating Engineers
27  Local 478 ("Plaintiff" or "IUOE") initiated this shareholder derivative action on behalf of
28  nominal defendant Impax Laboratories, Inc. ("Impax") and against defendants Larry Hsu, G.

1  Frederick Wilkinson, Leslie Z. Benet, Robert L. Burr, Allen Caho, Nigel T. Fleming, Michael
2  Markbreiter, Michael J. Nestor, Mary K. Pendergast, Bryan M. Reasons, and Peter R. Terreri
3  (collectively, "Defendants"), by and through their respective counsel;

4        WHEREAS, on November 19, 2014, Plaintiff sent Defendants Waiver of the Service of
5  Summons forms, which Defendants executed, and now Defendants response to the complaint is
6  due on January 20, 2015;

7        WHEREAS, on December 17, 2014, Plaintiff IUOE and plaintiff in *Randall K. Wickey v.*
8  *Larry Hsu, et al.*, No. 14-cv-04266-JD ("*Wickey*") jointly filed an unopposed motion to
9  consolidate the *Wickey* and *IUOE* actions, the hearing for which has been set by the Honorable
10 Judge Donato for January 21, 2015, one day after Defendants' currently scheduled response date
11 to the complaint in this action (ECF No. 24);

12       WHEREAS, on December 17, 2014, in light of the pending motion for consolidation,
13 Judge Donato granted the parties' stipulated request to vacate Defendants' scheduled response
14 date to the complaint in *Wickey*, and ordered the same schedule as proposed in this Stipulation,
15 with Defendants' motion to dismiss due either within 45 days of plaintiffs filing an amended
16 consolidated complaint, or 30 days from the date Judge Donato denies the motion for
17 consolidation (ECF Nos. 20, 23);

18       WHEREAS, the parties agree that it would be a waste of judicial resources for
19 Defendants to prepare and file a motion to dismiss prior to Judge Donato's ruling on plaintiffs'
20 motion for consolidation;

21       NOW THEREFORE, the undersigned parties, by and through their counsel of record,
22 stipulate as follows:

23     1.    The current January 20, 2015 deadline for Defendants' motion to dismiss is
24           vacated.
25     2.    If Judge Donato grants plaintiffs' motion for consolidation, Defendants shall file
26           and serve their motion to dismiss within 45 days of plaintiffs filing a consolidated
27           complaint.

28

3. If the Court denies plaintiffs' motion for consolidation, Defendants shall file and serve their motion to dismiss the complaint filed in this action within 30 days of such ruling.

4. The Case Management Conference set for February 24, 2015, is vacated and shall be set for a future date following a ruling on Defendants' motion to dismiss.

DATED: December 23, 2014

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Brett M. Middleton*
    Brett M. Middleton

Brett M. Middleton (Bar No. 199427)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 293-0323
brettm@blbglaw.com

    -and-

David L. Wales (admitted *pro hac vice*)
Adam Hollander (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1409
Facsimile: (212) 554-4444
davidw@blbglaw.com
adam.hollander@blbglaw.com

Frank R. Schirripa
HACH ROSE SCHIRRIPA & CHEVERIE LLP
185 Madison Avenue
New York, NY 10016
Telephone: (212) 213-8311
Facsimile: (212) 779-0028
fschirripa@hrsclaw.com

*Counsel for Plaintiff International Union of Operating Engineers Local 478*

**LATHAM & WATKINS LLP**

By: */s/ Peter A. Wald*
    Peter A. Wald

Peter A. Wald (Bar No. 85705)
Marcy C. Priedeman (Bar No. 258505)
505 Montgomery St., Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
peter.wald@lw.com
marcy.priedeman@lw.com

    -and-

Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California 94025-1008
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
patrick.gibbs@lw.com

*Counsel for Defendants Larry Hsu, G. Frederick Wilkinson, Leslie Z. Benet, Robert L. Burr, Allen Chao, Nigel T. Fleming, Michael Markbreiter, Michael J. Nestor, Mary K. Vargas, and Bryan M. Reasons and Defendant Impax Laboratories, Inc.*

1/5/2015
IT IS SO ORDERED
Judge Samuel Conti