1 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2 | BRETT M. MIDDLETON (Bar No. 199427)
  | 12481 High Bluff Drive, Suite 300
3 | San Diego, California 92130
  | Tel:   (858) 793-0070
4 | Fax:   (858) 293-0323
  | brettm@blbglaw.com

*Attorneys for Plaintiff International Union of Operating Engineers Local 478*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 478, Derivatively on Behalf of Nominal Defendant IMPAX LABORATORIES, INC. <br><br> Plaintiff, <br><br> vs. <br><br> LARRY HSU, G. FREDERICK WILKINSON, LESLIE Z. BENET, ROBERT L. BURR, ALLEN CHAO, NIGEL T. FLEMING, MICHAEL MARKBREITER, MICHAEL J. NESTOR, MARY K. PENDERGAST, BRYAN M. REASONS, and PETER R. TERRERI, <br><br> Defendants. | Case No.: 14-cv-04980-SC <br><br> **STIPULATION AND [~~PROPOSED~~] RESCHEDULING ORDER** <br><br> SHAREHOLDER DERIVATIVE ACTION |

WHEREAS, on November 10, 2014, plaintiff International Union of Operating Engineers Local 478 ("IUOE" or "Plaintiff") by and through its counsel, initiated this shareholder derivative action on behalf of nominal defendant Impax Laboratories, Inc. ("Impax") and against defendants Larry Hsu, G. Frederick Wilkinson, Leslie Z. Benet, Robert L. Burr, Allen Chao, Nigel T. Fleming, Michael Markbreiter, Michael J. Nestor, Mary K. Pendergast, Bryan M. Reasons, and Peter R. Terreri, (collectively, "Defendants");

1  WHEREAS, on December 17, 2014, Plaintiff and plaintiff in *Wickey v. Larry Hsu, et al.*, No. 14-cv-04266-JD (collectively, "Plaintiffs") jointly filed an unopposed motion to consolidate the *Wickey* and *IUOE* actions in front of the Honorable Judge Donato;

WHEREAS, on January 21, 2015, Judge Donato denied the Motion to Consolidate;

WHEREAS, based on Judge Donato's denial of the Motion to Consolidate, Defendants' motion to dismiss is due within 30 days of such ruling (or February 20, 2015), pursuant to the Stipulation and Rescheduling Order entered by this Court on January 5, 2015 (ECF No. 30);

WHEREAS, on January 26, 2015, Plaintiffs filed a Joint Administrative Motion To Consider Whether Cases Should Be Related And Notice Of Pendency Of Other Action Or Proceeding (the "Administrative Motion") before Judge Donato;

WHEREAS, on January 26, 2015, Plaintiff IUOE filed a Notice Of Pendency Of Other Action Or Proceeding Pursuant To Civil Local Rule 3-13 in the above captioned action;

WHEREAS Plaintiffs intend to file a renewed motion to consolidate the *Wickey* and *IUOE* actions consistent with the outcome of the Administrative Motion, in the coming days;

WHEREAS, if consolidated, Plaintiffs intend to file an amended consolidated complaint; and

WHEREAS, the parties agree that it would be a waste of judicial resources for Defendants to prepare and file a motion to dismiss prior to Judge Donato's ruling on the renewed motion to consolidate and, if granted, the amended consolidated complaint being filed;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. The current February 20, 2015 deadline for Defendants' motion to dismiss is vacated.

2. If Judge Donato grants Plaintiffs' renewed motion for consolidation (or the Court consolidates the *Wickey* and *IUOE* actions *sua sponte*), Defendants shall file and serve their motion to dismiss within 45 days of plaintiffs filing an amended consolidated complaint.

3. If the Court denies Plaintiffs' renewed motion for consolidation, Defendants shall

1  file and serve their motion to dismiss within 30 days of such ruling.

3  DATED: January 27, 2015

5  **BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**

   **LATHAM & WATKINS LLP**

7  By: /s/ Brett M. Middleton
       Brett M. Middleton

   By: [signature]
       Peter A. Wald

8  Brett M. Middleton (Bar No. 199427)
   12481 High Bluff Drive, Suite 300
   San Diego, California 92130
   Tel:   (858) 793-0070
   Fax:   (858) 793-0323
   brettm@blbglaw.com

   Peter A. Wald (Bar No. 85705)
   Marcy C. Priedeman (Bar No. 258505)
   505 Montgomery St., Suite 2000
   San Francisco, California 94111
   Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
   peter.wald@lw.com
   marcy.priedeman@lw.com

   *Counsel for Plaintiff International Union of Operating Engineers Local 478*

   and

   Patrick E. Gibbs (Bar No. 183174)
   140 Scott Drive
   Menlo Park, California 94025-1008
   Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
   patrick.gibbs@lw.com

   *Counsel for Defendants Larry Hsu, G. Frederick Wilkinson, Leslie Z. Benet, Robert L. Burr, Allen Chao, Nigel T. Fleming, Michael Markbretier, Michael J. Nestor, Mary K. Pendergast, and Bryan M. Reasons*

   and

   *Nominal Defendant Impax Laboratories, Inc.*

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]