1
2
3
4                      UNITED STATES DISTRICT COURT
5                     NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| 7   RANDALL K. WICKEY, | Case No.  14-cv-04266-JD |
| 8        Plaintiff, | |
| 9     v. | **ORDER CONSOLIDATING CASES AND SETTING SCHEDULE** |
| 10  LARRY HSU, et al., | |
| 11       Defendants. | |
| 12  INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 478, | Case No.  14-cv-04980-JD |
| 13  | |
| 14       Plaintiff, | |
| 15     v. | |
| 16  LARRY HSU, et al., | |
| 17       Defendants. | |

18          Pursuant to Federal Rule of Civil Procedure 42(a) and the joint request of the parties, the

19   Court consolidates the above two cases for all purposes including trial.  The later-filed action

20   (*International Union*, Case No. 14-4980) is consolidated into the earlier-filed action (*Wickey*, Case

21   No. 14-4266).  Going forward, the parties need only file papers in the earlier-filed action, which

22   will be re-captioned as *In re Impax Laboratories, Inc. Shareholder Derivative Litigation*, Case

23   No. 14-cv-04266-JD.

24          Defendants need not respond to the complaints that were filed in the two underlying

25   actions, respectively.  Instead, plaintiffs are directed to file a consolidated complaint by February

26   20, 2015.  Defendants must respond to the complaint by March 25, 2015.  If defendants file a

27   motion to dismiss, plaintiffs must file a response to the motion by April 15, 2015, and defendants

28

United States District Court
Northern District of California

must file any reply by April 24, 2015.  The Court will hear the motion to dismiss, if one is filed,

on May 6, 2015 at 10:00 a.m.

      **IT IS SO ORDERED**.

Dated:  February 4, 2015

_____

JAMES DONATO
United States District Judge